UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YOUSEF RAFATI, | ) | |
| | ) | |
| Plaintiff, | ) | No. 21 C 5680 |
| | ) | |
| v. | ) | Magistrate Judge M. David Weisman |
| | ) | |
| BLUE CROSS BLUE SHIELD OF ILLINOIS, an operating division of HEALTHCARE SERVICE CORPORATION, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff asks the Court to reconsider a portion of its February 7, 2023 order granting in part and denying in part plaintiff's motion to compel. For the reasons set forth below, the Court grants the motion [ECF 51][1] in part.

In request to produce 45, plaintiff asked for Olufikayo Oladipo's annual goals with full descriptions, performance reviews, and final ratings for 2018-22. The Court denied the request because Oladipo is plaintiff's supervisor, not his peer, and thus the documents are irrelevant to plaintiff's discrimination claims. Plaintiff now contends that these documents are relevant because discovery shows that Oladipo took credit for work plaintiff did, which resulted in Oladipo's career advancement. Even if that is true, it does not change the fact that Oladipo and plaintiff are not situated similarly, and thus not comparable for purposes of plaintiff's discrimination claims.

The Court ordered defendant to produce documents responsive to request to produce 46, *i.e.*, documents relating to communications between plaintiff and Oladipo concerning plaintiff's promotion, if it had any. Plaintiff says no such documents have been produced. The Court orders defendant to produce responsive documents or attest that it has none.

In requests to produce 85 and 86, respectively, plaintiff asked for the resumes of Marijha Jernigan and Andrea Myers, a request the Court denied because plaintiff made no showing of how those resumes would tend prove his claims. Plaintiff now contends that, unlike him, these women were allowed to skip over Accountant III and go straight from Accountant II to supervisory and management positions. Given this explanation, the Court orders defendant to produce these resumes.

---

[1] Plaintiff incudes his request for reconsideration in a document titled, "Plaintiff's Response to Defendant's Response to Plaintiff's Motion to Compel Answers to Interrogatories and to Produce Documents."

      Finally, in his motion to compel, plaintiff asked for "the team's work allocation spreadsheet as it looked prior to June 2022." (ECF 42 at 15.) The Court denied this request because defendant said it had produced all responsive documents. Because defendant cannot produce documents it does not have, the Court again denies this request.

      For the reasons set forth above, the Court grants in part plaintiff's motion to reconsider. Defendant is ordered to comply with this order by March 14, 2023.

**SO ORDERED.**　　　　　　　　　　**ENTERED: March 3, 2023**

*[signature: M. David Weisman]*

**M. David Weisman**
**United States Magistrate Judge**